IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KIMBERLY J. BUCHANAN,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>Defendant. | CV 14-108-BLG-TJC<br><br>**ORDER** |

Based upon the stipulation of the parties (Doc. 40), this case is dismissed.

The Clerk shall enter judgment in Defendant's favor under sentence four of 42 U.S.C. §405(g).

DATED this 26th day of November, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge